IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 10-10 J |
| v. | ) |
| | ) (29 U.S.C. § 501(c)) |
| BARBARA PATTON | ) |

### INDICTMENT

The grand jury charges:

From on or about June 1, 2007, to on or about November 30, 2008, in the Western District of Pennsylvania, defendant, BARBARA PATTON, while an officer, that is, President and Vice-President of the American Postal Workers Union, AFL-CIO, Local Union 4469, a labor union engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her personal use the monies, funds, securities, property, and other assets of said labor organization totaling approximately $2,015.78, in that defendant, BARBARA PATTON, used her union credit card, Business Card Mastercard account number XXXX XXXX XXXX 6442, for personal charges and expenses for which she was not authorized, thereby causing the said $2,015.78 to be drawn from the American Postal Workers Union,

AFL-CIO, Local Union 4469's checking account at AmeriServ Financial, Johnstown, Cambria County, Pennsylvania.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

FOREPERSON

ROBERT S. CESSAR
Acting United States Attorney
PA 47736